1  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
   J. WILLIAM EBERT, ESQ.
3  Nevada Bar No. 2697
   H. SUNNY JEONG, ESQ.
4  Nevada Bar No. 12981
   9900 Covington Cross Drive, Suite 120
5  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
6  (702) 382-1512 - Facsimile
   jgarin@lipsonneilson.com
7  bebert@lipsonneilson.com
   sjeong@lipsonneilson.com
8
9  *Attorneys for SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION*

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12

13 | BANK OF AMERICA, N.A., | CASE NO.: 2:16-cv-00408-RFB-PAL |

                Plaintiff,

14 vs.                           **STIPULATION AND ORDER TO**
                                 **EXTEND TIME TO FILE RESPONSE TO**
15                               **BANK OF AMERICA, N.A.'S**
   SUNRISE RIDGE MASTER          **COMPLAINT**
16 HOMEOWNERS ASSOCIATION;
   SATICOY BAY, LLC, SERIES 6387 **(First Request)**
17 HAMILTON GROVE; NEVADA
   ASSOCIATION SERVICES, INC.,
18
                Defendants.
19

20

21        Defendant SUNRISE RIDGE MASTER HOMEOWNER ASSOCIATION ("HOA")

22 and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby

23 agree and stipulate as follows:

24 / / /

25

26

27

28

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512

1    IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant

2  HOA to Respond to Plaintiff BANK OF AMERICA, N.A.'s Complaint shall be extended to

3  **April 20, 2016**. The HOA's Response was originally due on March 21, 2016. As counsel

4  has just been retained in this matter, the parties have entered into the agreement in

5  good faith and not for purposes of delay. This is the parties' way of accommodating

6  each other given the circumstances.

7    DATED this ___17th___ day March, 2016.

8  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

9      */s/ J. William Ebert*

10  By: _____
    Joseph P. Garin, Esq. (Bar No. 6653)

11  J. William Ebert, Esq. (Bar No. 2697)
    H. Sunny Jeong, Esq. (Bar No. 12981)

12  9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144

13  702-382-1500
    *Attorneys for Sunrise Ridge Master Homeowners Association*

14

15

16  AKERMAN, LLP

17      */s/ Matthew I. Knepper*
    By: _____

18    Ariel E. Stern, Esq. (Bar No. 8276)
    Matthew I. Knepper, Esq. (Bar No. 12796)

19  1160 Town Center Drive, Suite 330
    Las Vegas, NV 89144

20  702-634-5000
    *Attorneys for Bank of America, N.A.*

21

22                    **ORDER**

23  IT IS SO ORDERED.

24    DATED this 28th day of March,  2016.

25

26                    _____

27                    UNITED STATES MAGISTRATE JUDGE

28

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512