CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:    (702) 804-8885
Facsimile:    (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE AKA SUNRISE RIDGE MASTER HOA; SATICOY BAY LLC SERIES 6387 HAMILTON GROVE; NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendants. | CASE NO.: 2:16-cv-408<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(First Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff BANK OF AMERICA, N.A.'S (hereinafter "Plaintiff"), Complaint filed on February 26, 2016.  Pursuant to Stipulation of the parties, Defendant shall have until April 29, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

1   This is the parties' first request for an extension.

2   DATED this 31st day of March, 2016.

| By: /s/Matthew I. Knepper | By: /s/Christopher V. Yergensen |
|---|---|
| Matthew I. Knepper, Esq. | Christopher V. Yergensen, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6183 |
| Akerman, LLP | Nevada Association Services, Inc. |
| 1160 Town Center Drive, Suite 330 | 6224 West Desert Inn Road |
| Las Vegas, NV 89144 | Las Vegas, NV 89146 |
| Telephone: 702-634-5000 | Telephone: 702-804-8885 |
| Facsimile: 702-380-8572 | Facsimile: 702-804-8887 |
| *Attorney for Plaintiff* | *Attorney for Defendant Nevada Association Services, Inc.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** __April 26, 2016