
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  steven.shevorski@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. | Case No.:   2:16-cv-00408-RFB-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION** |
| SUNRISE RIDGE AKA SUNRISE RIDGE MASTER HOA; SATICOY BAY LLC SERIES 6387 HAMILTON GROVE; NEVADA ASSOCIATION SERVICES, INC., | **(First Request)** |
| Defendants. | |

Plaintiff Bank of America, N.A. (**BANA**), and defendant Sunrise Ridge AKA Sunrise Master HOA (**Sunrise**) stipulate and agree as follows:

Sunrise filed its motion to dismiss on April 20, 2016.  (**Dkt. #15**).  The parties hereby stipulate and agree BANA's time to respond to Sunrise's motion to Dismiss shall be continued from May 7, 2016 to May 26, 2016.

BANA requests an additional two weeks to respond to Sunrise's motion to Dismiss (**Doc #15**).  This is the first request for an extension of this deadline. Good cause exists for this extension of time.  Sunrise has filed other similar motions.  BANA's counsel, Akerman, LLP, is counsel in those similar cases, as well as the case *sub judice*.  BANA's counsel requests additional time to

{38187505;1}                                                       1

afford it the opportunity to adequately respond to Sunrise's motion to dismiss in a coordinated manner, as the same or similar motion has been filed several times in other cases.

The parties submit this request in good faith without the purpose of undue delay.

DATED this 5th day of May, 2016

**AKERMAN LLP**

/s/ Tenesa S. Scaturro, #12488 for
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**
/s/ Megan Hummel
JOSEPH P. GARIN, ESQ. (NV BAR NO. 6653)
J. WILLIAM EBERT, ESQ. (NV Bar No. 2697)
MEGAN H. HUMMEL, ESQ. (NV Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys Defendant Sunrise Ridge Master Homeowners Association*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

**DATED:** May 16, 2016.

{38187505;1}

2