ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       thera.cooper@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE AKA SUNRISE RIDGE MASTER HOA; SATICOY BAY, LLC SERIES 6387 HAMILTON GROVE; NEVADA ASSOCIATION SERVICES, INC.,<br><br>                Defendants.<br><br>SATICOY BAY, LLC SERIES 6387 HAMILTON GROVE,<br><br>                Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>                Counterdefendant. | Case No. 2:16-cv-00408-RFB-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. (**BANA)** hereby provides notice Allison Schmidt., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///

///

///

{40527978;1}

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ., and THERA A. COOPER, ESQ., receive all future notices.

Respectfully submitted, this 25th day of January, 2017.

**AKERMAN LLP**

/s/ *Thera A. Cooper, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA A. COOPER, ESQ
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 27, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{40527978;1}

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 25th day of January, 2017, and pursuant to FRCP 5, I served via CM/ECF a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, postage prepaid and addressed to:

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC.<br>Christopher V. Yergensen, Esq.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>Email: chris@nas-inc.com | Michael F. Bohn<br>Law Office of Michael F. Bohn<br>376 East Warm Springs Rd., Ste. #140<br>Las Vegas, NV 89119 |
| Megan H Hummel<br>Lipson Neilson Cole Seltzer & Garin PC<br>9900 Covington Cross Drive<br>Suite 120<br>Las Vegas, NV 89144 | J. William Ebert<br>Joseph P Garin<br>Lipson, Neilson, Cole, Seltzer & Garin, P.C.<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144 |

/s/ *Renee Livingston*
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{40527978;1}