GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for Saticoy Bay LLC Series 6387 Hamilton Grove

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00408-RFB-PAL |
| Plaintiff, | |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SUNRISE RIDGE AKA SUNRISE RIDGE MASTER HOA; SATICOY BAY LLC SERIES 6387 HAMILTON GROVE; NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

Saticoy Bay LLC Series 6387 Hamilton Grove substituted Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

Charles L. Geisendorf, Esq. no longer represents Saticoy Bay LLC Series 6387 Hamilton Grove and has no further need to receive CM/ECF notifications in this case.

The undersigned respectfully requests the court remove Charles L. Geisendorf, Esq., from the electronic service list in this action. All future correspondence, papers, and future

///

///

GEISENDORF & VILKIN, PLLC
2470 St. Rose Parkway, Suite 309 Henderson, Nevada 89074
Phone: 702.873.5868 § Fax: 702.548.6335

notices should continue to be directed to Michael F. Bohn, Esq.

Dated this 4th day of October, 2018.

GEISENDORF & VILKIN, PLLC


By: */s/ Charles L. Geisendorf*
    Charles L. Geisendorf, Esq.
    Nevada Bar No. 6985
    2470 St. Rose Parkway, Suite 309
    Henderson, NV 89074
    Tel: (702) 873-5868


## COURT APPROVAL

**IT IS SO ORDERED:**

**DATED:** October 9, 2018

**UNITED STATES MAGISTRATE JUDGE**

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of October, 2018, I electronically transmitted the above MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.


/s/ Charles L. Geisendorf
An employee of Geisendorf & Vilkin, PLLC