ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>SUNRISE RIDGE AKA SUNRISE RIDGE MASTER HOA; SATICOY BAY, LLC SERIES 6387 HAMILTON GROVE; NEVADA ASSOCIATION SERVICES, INC., <br><br>Defendants. <br><br>SATICOY BAY, LLC SERIES 6387 HAMILTON GROVE, <br><br>Counterclaimant, <br><br>v. <br><br>BANK OF AMERICA, N.A., <br><br>Counterdefendant. | Case No. 2:16-cv-00408-RFB-PAL <br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Bank Of America, N.A hereby provides notice Matthew I Knepper and Steven G. Shevorski., are no longer associated with the law firm of Akerman LLP

///

///

///

1

47073696;1

Akerman LLP continues to serve as counsel for The Bank Of America, N.A in this action. All future correspondence, papers and future notices in this action should continue to be directed toAriel E. Stern, Esq., and Vatana Lay, Esq., receive all future notices.

Respectfully submitted, this 26th day of November, 2018.

**AKERMAN LLP**

*/s/ Vatana Lay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: November 28, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

47073696;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2018, and pursuant to FRCP 5, I served and deposited for mailing in the U.S. Mail a true and correct copy of the **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, postage prepaid and addressed to:

J. William Ebert, Esq.
Joseph P Garin, Esq.
Megan H. Hummel, Esq.
**Lipson Neilson P.C**.
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144

*Attorney for Sunrise Ridge Master Homeowners Association*

Brandon Wood, Esq.
Nevada Association Services, Inc.
6625 South Valley View Blvd. Ste. 300
Las Vegas, Nevada 89118
*Attorney for Defendant Nevada Association Services, Inc.*

Michael F. Bohn, Esq.
Adam R. Trippiedi, Esq..
**Law Office of Michael F. Bohn**
2260 Corporate Circle, Ste. 480
Henderson, NV 89074

*Attorney for Saticoy Bay Series 6387 Hamilton Grove*

*/s/ Doug J. Layne*
An employee of AKERMAN LLP