MELANIE D. MORGAN
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE AKA SUNRISE RIDGE MASTER HOA; SATICOY BAY LLC SERIES 6387 HAMILTON GROVE; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:16-cv-00408-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' DEADLINES TO FILE REPLIES SUPPORTING THEIR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 62, 63]**<br><br>**[FIRST REQUEST]** |
| SATICOY BAY, LLC SERIES 6387 HAMILTON GROVE,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>Counterdefendant, | |

Bank of America, N.A., (**BANA**), Saticoy Bay LLC Series 6387 Hamilton Grove (**Saticoy Bay**), and Sunrise Ridge aka Sunrise Ridge Master HOA (**Sunrise**) stipulate to extending all parties' deadline to file replies supporting their motions for summary judgment, ECF Nos. 62, 63, for an additional 8 days or until April 9, 2019.

. . .

1

48370921;1

BANA and Sunrise moved for summary judgment on February 25, 2019. (ECF Nos. 62, 63.) BANA, Sunrise, and Saticoy Bay filed their respective responses on March 18, 2019. (ECF Nos. 64, 65, and 66.) The parties' deadlines to file replies supporting their motions for summary judgment is April 1, 2019. *See* L.R. 7-2(b).

The parties stipulate to extending the reply deadline by eight days, from April 1, 2019 to April 9, 2019. This is the parties' first request to extend their reply briefing deadline. The parties do not make this request to cause delay or prejudice any party.

DATED this 22nd day of March, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Adam R. Trippiedi* |
| MELANIE D. MORGAN, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 1641 |
| SCOTT R. LACHMAN, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| NEVADA BAR NO. 12016 | Nevada Bar No. 12294 |
| 1635 Village Center Circle, Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, NV 89134 | Henderson, Nevada 89074 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Saticoy Bay LLC Series 6387 Hamilton Grove* |

**LIPSON NEILSON PC**

*/s/ Megan H. Hummel*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Sunrise Ridge Master Homeowners Association*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of March, 2019.

2

48370921;1